### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

JHONATAN BERNAL-SILVA,      :

       **Petitioner**     :    **CIVIL ACTION NO. 1:26-575**

**v.**                   :      **(JUDGE MANNION)**

CRAIG LOWE, *et al.*,      :

       **Respondents**   :

### ORDER

Presently before the court is petitioner Jhonatan Bernal-Silva's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (Doc. 1). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED**. Respondents are **ORDERED** to **immediately release** Bernal-Silva and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Bernal-Silva has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Bernal-Silva for a period of 14 days to ensure that this habeas remedy is effective.

If Respondents later detain Bernal-Silva under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a bond hearing before an immigration judge, who shall provide an

- 2 -

individualized assessment as to whether he poses a flight risk or a danger to the community. If Bernal-Silva is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

MALACHY E. MANNION
United States District Judge

DATE: 4/6/26
26-575-01-ORDER